UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21761-CIV-LENARD/TORRES

**JUDE GILLESPIE,**

    Plaintiff,
vs.

**KAPLAN UNIVERSITY a/k/a KAPLAN COLLEGE a/k/a IOW COLLEGE ACQUISITION CORP., a foreign corporation**,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on a sua sponte review of the record. On July 13, 2006, Plaintiff Jude Gillespie commenced this action with the filing of the Complaint. (See D.E. 1.) On November 7, 2006, this Court issued an Order to Show Cause directing Plaintiff, within fifteen (15) days of the date of that Order, to effectuate service as to Defendant or to show cause why this case should not be dismissed for lack thereof. (D.E. 3.) On November 27, 2006, upon Plaintiff's motion (see D.E. 4), this Court provided Plaintiff with a 45-day extension from the date of that Order in which to file proof that Defendant had been served (see D.E. 5). Over 45 days have now passed, and, although Plaintiff has since filed numerous motions, he has failed to file proof of proper service, or demonstrate good cause for his failure to do so. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

    1.    This action is hereby **DISMISSED without prejudice** for failure to file proof of proper service upon Defendant.

      2.      The case is **CLOSED**.

      3.      All pending motions not ruled on by separate order are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of January, 2006.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge Edwin G. Torres
        All Counsel of Record
        **Case No.** 06-21761-CIV-LENARD/TORRES
        Order Dismissing Case Without Prejudice